IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARK ASHLEY FORD,

Plaintiff,

v.          CIVIL ACTION NO.: CV511-015

DR. GHISLAIN PERRON; CORNELL
CORRECTIONS CORPORATION;
GEORGIA DEPARTMENT OF
CORRECTIONS; JOHN or JANE
DOE, CEO for Cornell Corrections
Corporation; and BRIAN OWENS,
Commissioner of the Georgia
Department of Corrections,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Georgia Department of Corrections and John or Jane Doe, CEO of Cornell Corrections Corporation are **DISMISSED**.

**SO ORDERED**, this ___ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA