IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARK ASHLEY FORD,

    Plaintiff,

v.

DR. GHISLAIN PERRON; CORNELL
CORRECTIONS CORPORATION;
and BRIAN OWENS, Commissioner
Georgia Department of Corrections,

    Defendants.

CIVIL ACTION NO.: CV511-015

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff's Objections serve to underscore his inability to sustain an Eighth Amendment claim against Defendant Brian Owens ("Owens"). Plaintiff has failed to present any evidence of a history of widespread abuse regarding the medical treatment of inmates at D. Ray James Prison, that Defendant Owens was put on notice of the same, or that Defendant Owens instituted a particular policy or procedure which concerned the medical care and treatment of inmates at D. Ray James Prison.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant Owens' Motion to Dismiss is **GRANTED**, and Plaintiff's claims against Defendant Owens are **DISMISSED**.

**SO ORDERED**, this 29 day of December, 20___.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)